ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :   SEALED INDICTMENT
                              :
       - v. -                 :   20 Cr.
                              :
ADAM LAMBERT,                 :
                              :
           Defendant.         :   20 CRIM 469
                              :
- - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

1. On or about September 5, 2020, in the Southern District of New York, ADAM LAMBERT, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a .380-caliber Ruger semi-automatic pistol, and the firearm was in and affecting interstate and foreign commerce.

(Title 18, United States Code,
Sections 922(g)(1) and 2.)


_____          _____
FOREPERSON                        AUDREY STRAUSS
                                  Acting United States Attorney

9/8/20 *[handwritten notations, illegible]*