|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** 9/15/2020 |

UNITED STATES OF AMERICA,

v.

ADAM LAMBERT,

                Defendant.

No. 20-CR-469 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record today, the Government's bail appeal is granted. The Defendant shall remain detained.

SO ORDERED.

Dated:    September 15, 2020
               New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge