USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 20-CR-469 (RA) |
| ADAM LAMBERT, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

    Defendant's motion to dismiss the indictment is now fully briefed. The parties shall advise the Court whether they seek oral argument and, if so, whether they are prepared to argue the motion at the status conference presently scheduled for January 14, 2021 at 9:00 a.m.

SO ORDERED.

Dated:    January 8, 2021
           New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge