**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1-12-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADAM LAMBERT,

Defendant.

No. 20-CR-469 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The CourtCall conference is scheduled for Thursday January 14, 2021 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code:  32091812#

PIN: 9921299#

SO ORDERED.

Dated:     January 14, 2021
           New York, New York

Ronnie Abrams
United States District Judge