

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

**By ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Application granted.  The conference is adjourned to December 15, 2023 at 2:30 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 30, 2023

Re:   *United States v. Adam Lambert*, 20 CR 469 (RA)

Dear Judge Abrams,

The Government writes on behalf of the parties and Probation to provide an update to the Court and respectfully to request an adjournment of the appearance scheduled on Monday, October 30, 2023 at 12:00 PM in these violation of supervised release proceedings. As anticipated when the parties were last before the Court, on or about October 17, 2023, the defendant appeared in New York County Supreme Court and entered a guilty plea to one count of Criminal Possession of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law § 220.06(1). To the surprise of the parties, however, the defendant was not also sentenced on that date. At this time, the parties anticipate that at the next appearance before the Court, the defendant will admit certain specifications pending against him and proceed to sentencing before the Court; however, because both parties wish for the defendant to proceed to sentencing here, if possible, after the promised sentence of 30 months' imprisonment and two years' post-release supervision is imposed in the state court proceedings, the parties with Probation respectfully request that the Court adjourn these violation of supervised release proceedings to a date and time of convenience to the Court during the week of Monday, December 11, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Patrick Fountain (United States Probation Office) (by email)
     Kate Cassidy (Counsel to Defendant Adam Lambert) (by ECF and email)