

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2023

**By ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The conference is adjourned to January 12, 2024 at 4:00 p.m. The parties shall file any submissions by January 5, 2024.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 14, 2023

Re: *United States v. Adam Lambert*, 20 CR 469 (RA)

Dear Judge Abrams,

    The Government writes on behalf of the parties and Probation to request respectfully an adjournment of the conference scheduled for tomorrow, Friday, December 15, 2023, at 9:00 AM. As an update, the defendant has now been sentenced in the parallel state court proceedings. On November 28, 2023, the defendant was sentenced to 30 months' imprisonment and two years' post-release supervision following his conviction on October 17, 2023 for Criminal Possession of a Controlled Substance in the Fifth Degree, in violation of N.Y. P.L. § 220.06(1). *See People v. Adam Lambert*, Ind. No. 73435N/2023 (New York Cnty. 2023). Given the imposition of that sentence, the parties are prepared to proceed with a disposition and joint recommendation on sentencing; however, in the past two days, possible uncertainty over how the Bureau of Prisons would calculate the duration of any imposed sentence and also where the Bureau of Prison would direct any sentence that is imposed be served. For that reason, the parties are respectfully requesting an adjournment to a date and time that is convenient for the Court during the week of Monday, January 8, 2024, when the parties and Probation are available except for the afternoon on Monday, January 8, 2024 and the day of Thursday, January 11, 2024. Prior to the date of any adjournment, the parties and Probation will submit a letter to the Court concerning the anticipated disposition and any recommendations on sentencing.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        By: *Thomas John Wright*
               Thomas John Wright
               Assistant United States Attorney
               (212) 637-2295

cc: Patrick Fountain (United States Probation Office) (by email)
    Kate Cassidy (Counsel to Defendant Adam Lambert) (by ECF and email)