UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM LAMBERT,<br><br>Defendant. | No. 20-CR-469<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED on consent that Mr. Lambert's conditions of supervised release are modified to include in-patient treatment at Acadia Network BASICS Residential Program, which shall begin as soon as he is deemed formally accepted.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Ronnie Abrams
United States District Judge