UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ADAM LAMBERT,

Defendant.

No. 20-CR-469

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant shall be released on location monitoring, with the technology to be at the discretion of the Probation Office. The defendant shall report to the Probation Office immediately upon release. All standard, mandatory and special conditions of supervised release previously imposed are still in effect.

SO ORDERED.

Dated: September 2, 2026
New York, New York

Ronnie Abrams
United States District Judge